IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY D. CRISCITELLO, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 4:10-CV-02004 |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| MHM SERVICES, INC., | : | |
| MHM CORRECTIONAL SERVICES, | : | |
| INC., and SANDRA CHEREWKA | : | |
| | : | |
| Defendants. | : | |

**ORDER**
August 9, 2013

**AND NOW**, this 9th day of August, 2013, the Court Orders and Directs as follows:

1. Defendants' Motion for Partial Summary Judgment is GRANTED as to Plaintiff's claims arising under the FMLA. ECF No. 25.

2. Plaintiff's state law claims for breach of contract, unjust enrichment, negligent misrepresentation, fraud, and violation of the Pennsylvania Wage Payment and Collection Law are DISMISSED without prejudice so that Plaintiff may re-file these claims in the appropriate state court.

3. Plaintiff's Motion to Strike the Declarations of John Wilson and Joel Andrade is DISMISSED as moot. ECF No. 37.

4. The clerk is directed to CLOSE the case.

.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge